**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge,*

_____

New York State Citizens' Coalition for Children,

Plaintiff - Appellant,

v.

Sheila J. Poole, Commissioner of the New York State Office of Children & Family Services, in her official capacity,

Defendant - Appellee.

**ORDER**
Docket No. 14-2919

_____

     Appellant's counsel moves on consent of all parties to remove the above-captioned appeal from the Expedited Appeals Calendar and set November 14, 2014, as the due date for Appellant's principal brief.

     IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

