

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

November 24, 2014

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    Scheduling Request for *NYS State Citizens' Coalition v. Poole*
            No. 14-2919

Dear Ms. Wolfe:

    This Office represents the Defendant-Appellee in this appeal. Pursuant to Local Rule 31.2, I hereby request a deadline of February 17, 2015, for Defendant-Appellee's brief. That date is ninety-one days after the filing of Plaintiff-Appellant's opening brief on November 18, 2014.

                        Respectfully yours,

                        /s/ Claude S. Platton
                        CLAUDE S. PLATTON
                        Assistant Solicitor General
                        claude.platton@ag.ny.gov
                        (212) 416-6511

cc:    CM/ECF service list