UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of November, two thousand and fourteen,

_____

New York State Citizens' Coalition for Children,

   Plaintiff - Appellant,

v.

Sheila J. Poole, Commissioner of the New York State Office of Children & Family Services, in her official capacity,

   Defendant - Appellee.

_____

**ORDER**
Docket No: 14-2919

  Counsel for APPELLEE Sheila J. Poole has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 17, 2015 as the brief filing date.

  It is HEREBY ORDERED that Appellee's brief must be filed on or before February 17, 2015. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

          For The Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court

